Submitted on record and briefs April 13, affirmed May 15, 1978

REECK, *Petitioner,*
*v.*
OREGON STATE EMPLOYMENT DIVISION,
*Respondent.*
(No. 77-S-2360, CA 9391)
578 P2d 6

Russell C. Reeck, Portland, filed the briefs pro se for petitioner.

James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette, and Roberts, Judges.

PER CURIAM.

Affirmed. *See Pogorelc v. Emp. Div.,* 23 Or App 555, 543 P2d 322 (1975).